UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER TERRONES, | ) | CASE NO. ED CV 11-969-GHK (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| ANTHONY HEDGPETH, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/20/12.

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\TERRONES, J 969\Judgment.wpd